McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANA CHRISTIAN,<br><br>           Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA and<br>Does 1 through 20, inclusive,<br><br>           Defendants. | 1:06-cv-00340-OWW-TAG<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |

Plaintiff SHANA CHRISTIAN and Defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties, effective October 31, 2007. Each party shall bear her/its own costs. The parties request that the Court retain jurisdiction to enforce the Settlement Agreement.

                                        Respectfully submitted,

Dated: October 31, 2007.


                              By:   /s/ Hoyt E. Hart
                                    HOYT E. HART II
                                    Attorney for Plaintiff
                                    Shana Christian

1
STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; [PROPOSED] ORDER THEREON

```
1  Dated:  November 2, 2007.              McGREGOR W. SCOTT
                                          United States Attorney
2

3
                                   By:    /s/ Kimberly A. Gaab
4                                         KIMBERLY A. GAAB
                                          Assistant U.S. Attorney
5                                         Attorneys for Defendant
                                          United States of America
6

7
```

8  IT IS SO ORDERED.

9  **Dated:   November 2, 2007**              **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; [PROPOSED] ORDER THEREON